IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Akeen Alin-Nafir Abdullah Malik,         )<br>                                                              )<br>                    Plaintiff,         )<br>                                                              )<br>    vs.                                                   )<br>                                                              )<br>                                                              )<br>Cecila Reynolds, Warden; Jessica         )<br>Edmunds; Beth Tidwell; and Catherine  )<br>Amason,                                              )<br>                                                              )<br>                    Defendants.       )<br>_____) | C/A No.: 1:16-53-RBH-SVH<br><br><br><br><br>ORDER |

Akeen Alin-Nafir Abdullah Malik ("Plaintiff"), proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on December 16, 2016. [ECF No. 37]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motion and of the need for him to file an adequate response. [ECF Nos. 38]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted. *Id.* On January 23, 2017, the undersigned extended Plaintiff's deadline, granting him until February 21, 2017, to respond to Defendants' motion. [ECF No. 41].

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' motion by March 8, 2017. Plaintiff is further

advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

February 22, 2017                            Shiva V. Hodges
Columbia, South Carolina           United States Magistrate Judge